CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
RHQ

# UNITED STATES DISTRICT COURT
for the
_____Western_____ District of _____Virginia_____

MAR 17 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Wendell Easley | ) Case No: 7:93CR00063-010 |
| | ) USM No: 04033-084 |
| Date of Previous Judgment: January 10, 1994 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____175_____ months **is reduced to** _____(see comments)_____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: ____29____     Amended Offense Level: ____27____
Criminal History Category: ____VI____     Criminal History Category: ____VI____
Previous Guideline Range: __151__ to __188__ months     Amended Guideline Range: __130__ to __162__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Amended Sentence: 154 months OR time served, whichever is longer.

Except as provided above, all provisions of the judgment dated ____1/10/1994____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __3-17-08__

Effective Date: ~~3/13/08~~ 3-27-08
(if different from order date)

_____
Judge's signature

Jackson L. Kiser, Senior United States District Judge
Printed name and title